**FILED**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JUN 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re: _Anthony V. Latenza_ v. _B.O.P._

06 1157

Civil Action No. _____

I, _Anthony V. Latenza_ # _74695-004_, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

  (a)   the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

  (b)   the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $250.00 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $250.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

_____
Signature of Plaintiff

n:\forms\Trust Account Form

3

## Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 74695004 | Current Institution: | Coleman FCC |
| Inmate Name: | LATERZA, ANTHONY | Housing Unit: | C 3-4 |
| Report Date: | 06/06/2006 | Living Quarters: | C07-074L |
| Report Time: | 7:23:00 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

# General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 2450 |
| PAC #: | |
| FRP Participation Status: | Participating |
| Arrived From: | COA |
| Transferred To: | |
| Account Creation Date: | 5/7/2003 |
| Local Account Activation Date: | 2/2/2006 4:51:29 AM |
| Sort Codes: | |
| Last Account Update: | 5/25/2006 2:12:14 PM |
| Account Status: | Active |
| Phone Balance: | $1.47 |

**FRP Plan Information**

FRP Plan Type    Expected Amount    Expected Rate

# Account Balances

| | |
|---|---|
| Account Balance: | $42.66 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |

| | |
|---|---|
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $42.66 |
| National 6 Months Deposits: | $302.40 |
| National 6 Months Withdrawals: | $260.29 |
| National 6 Months Avg Daily Balance: | $55.11 |
| Local Max. Balance - Prev. 30 Days: | $101.61 |
| Average Balance - Prev. 30 Days: | $30.21 |

## Commissary History

**Purchases**

| | |
|---|---|
| Validation Period Purchases: | $62.62 |
| YTD Purchases: | $292.85 |
| Last Sales Date: | 5/25/2006 2:12:14 PM |

**SPO Information**

| | |
|---|---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

**Spending Limit Info**

| | |
|---|---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Spending Limit: | $290.00 |
| Expended Spending Limit: | $45.85 |
| Remaining Spending Limit: | $244.15 |

## Commissary Restrictions