UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY V. LATERZA, Pro-Se
Reg. No. 74695-004
P.O. Box 1032
Coleman, Florida 33521-1032

    Plaintiff,

vs.                          Civil Action No. _____

FEDERAL BUREAU OF PRISONS
320 First Street, N.W.
Washington, D.C. 20543

    Defendant.
_____/

## MOTION TO APPOINT COUNSEL

NOW COMES, Anthony V. Laterza, an indigent Plaintiff, without legal education, and respectfully requests this Honorable Court to appoint counsel to represent him in this case pursuant to 28 U.S.C. §1915.

Date: _June 6, 2006_ .

                          _/s/ Anthony V. Laterza_
                          Anthony V. Laterza
                          Reg. No. 74695-004
                          FCC Coleman-Medium
                          P.O. Box 1032
                          Coleman, Florida 33521-1032

4 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY V. LATERZA, Pro-Se
Reg. No. 74695-004
P.O. Box 1032
Coleman, Florida 33521-1032

    Plaintiff,

vs.                               Civil Action No. _____

FEDERAL BUREAU OF PRISONS
320 First Street, N.W.
Washington, D.C. 20543

    Defendant.
_____/

### AFFIDAVIT IN SUPPORT OF MOTION TO APPOINT COUNSEL

    Anthony V. Laterza, being duly sworn, deposes and states the following:

    1. I am Plaintiff in the above entitled case. I make this Affidavit in support of my motion to appoint counsel.

    2. This Complaint involves violations of my Fifth, Sixth, Eighth and Fourteenth Amendment rights at the hands of officials employed by the Federal Bureau of Prisons.

    3. This is a complex case which involves multiple legal issues and a possibility of multiple defendants.

    4. The Plaintiff has requested a trial by jury.

    5. The testimony will be in sharp contrast since the Plaintiff is claiming multiple violations of his rights and Defendants will most likely assert differently.

6. This case will require discovery of documents and depositions of a number of witnesses.

7. Plaintiff has no legal education.

8. As set forth in this Complaint submitted by the Plaintiff, these foregoing facts, and the legal merit of the Plaintiff's claims, support the appointment of counsel to represent Plaintiff.

Date: June 6, 2006   .

*/s/ Anthony V. Laterza*

Anthony V. Laterza
Reg. No. 74695-004
FCC Coleman-Medium
P.O. Box 1032
Coleman, Florida 33521-1032

2