# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY LATERZA<br>Reg. No. 74695-004<br>P.O. Box 1032<br>Coleman, Florida 33521-1032<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civ. No. 06cv1157 (RWR)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Assistant United States Attorney Darrell Valdez as government counsel in this action.

Respectfully submitted,

　/s/ Darrell C. Valdez
DARRELL VALDEZ, D.C. Bar #420232
Assistant United States Attorney
Judiciary Center Building, Tenth Floor
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-2843

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of August, 2006, a copy of the foregoing Notice of Entry of Appearance was mailed, postage prepaid, to Anthony Laterza, Reg. No. 74695-004, P.O. Box 1032, Coleman, Florida 33521-1032.

    /s/ Darrell C. Valdez
DARRELL C. VALDEZ
Assistant United States Attorney