UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY LATERZA, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS, )<br>)<br>  Defendant. )<br>) | Civ. No. 06cv1157 (RWR) |

**DEFENDANT'S FIRST MOTION TO ENLARGE TIME
TO RESPOND TO COMPLAINT**

Defendant Federal Bureau of Prisons, through counsel, respectfully moves this Court for an Order enlarging the time to respond to the Complaint in the above-captioned matter, up to and including September 18, 2005. In support of this motion, the Defendants respectfully state as follows:

1. Defendant's Response to Plaintiff's Complaint is currently due on August 18, 2006.

2. Counsel for the Defendants is still gathering the agencies' files in this matter, and is unable to prepare a response to the complaint.

3. Because Plaintiff is currently incarcerated and proceeding *pro se*, Local Rule 7(m) does not apply to this motion, and Defendant therefore has not obtained his position as to the relief.

4. This is Defendant's first request for additional time.

WHEREFORE, for all of the foregoing reasons, Defendant respectfully requests that the Court enlarge the time, up to and including September 18, 2006, within which Defendant may file a response to Plaintiff's Complaint in the above-captioned matter.

A proposed order that would grant the relief sought is attached.

Respectfully submitted,

/s/ Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C. 20530
(202) 307-2843

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of August, 2006, a copy of the foregoing Motion for Enlargement of Time was mailed, postage prepaid, to Anthony Laterza, Reg. No. 74695-004, P.O. Box 1032, Coleman, Florida 33521-1032.

      /s/ Darrell C. Valdez
DARRELL C. VALDEZ
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY LATERZA )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS, )<br>)<br>  Defendant. )<br>_____ ) | Civ. No. 06cv1157 (RWR) |

**ORDER**

UPON CONSIDERATION of the Defendants' Motion For Enlargement of Time to Respond to Complaint, it is this _____ day of August, 2006, hereby

ORDERED, that the Motion is granted, it is further

ORDERED, that the time within which Defendant shall file its response to Plaintiff's Complaint is enlarged, up to and including September 18, 2006.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE