**6      United States v. Anthony Laterza, 03-12499**

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

FILED by
APPEALS
JUL 11 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

July 06, 2006

Clarence Maddox
Clerk, U.S. District Court
301 N MIAMI AVE STE 150
MIAMI FL 33128-7788

**Appeal Number: 03-12499-AA**
Case Style: USA v. Anthony Laterza
District Court Number: 02-14072 CR-DMM

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

A copy of this letter, and the judgment form if noted above, <u>but not a copy of the court's decision</u>, is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James O. Delaney (404) 335-6113

Encl.

MDT-1 (06/2006)

# United States Court of Appeals
For the Eleventh Circuit

No. 03-12499

District Court Docket No.
02-14072-CR-DMM

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

Jun 7, 2006

THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANTHONY LATERZA,

Defendant-Appellant.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

Appeal from the United States District Court
for the Southern District of Florida

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

Entered: June 7, 2006
For the Court: Thomas K. Kahn, Clerk
By: Gilman, Nancy

ISSUED AS MANDATE
JUL 0 6 2006
U.S. COURT OF APPEALS
ATLANTA, GA.

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 03-12499
Non-Argument Calendar

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 7, 2006
THOMAS K. KAHN
CLERK

D.C. Docket No. 02-14072-CR-DMM

UNITED STATES OF AMERICA,

                                            Plaintiff-Appellee,

versus

ANTHONY LATERZA,

                                            Defendant-Appellant.

Appeal from the United States District Court for the
Southern District of Florida

(June 7, 2006)

**ON REMAND FROM THE UNITED STATES SUPREME COURT**

Before TJOFLAT, BLACK and BARKETT, Circuit Judges.

PER CURIAM:

This case is on remand from the Supreme Court for further consideration in light of United States v. Booker, 543 U.S. 220, 125 S.Ct. 738 (2005). Laterza v.

United States, 543 U.S. 1106, 125 S.Ct. 1006 (Mem.) (2005). In our previous decision, United States v. Laterza, No. 03-12499 (11th Cir. March 17, 2004) (unpublished opinion), which the Supreme Court has vacated, we affirmed the 60 months prison sentence appellant received for manufacturing more than 100 marijuana plants, in violation of 21 U.S.C. § 841(a)(1). Appellant now contends that Booker requires that we vacate his sentence and remand the case for resentencing because the district court sentenced him pursuant to the mandatory guidelines sentencing scheme based on facts neither admitted by him nor found by the jury beyond a reasonable doubt.

We reject appellant's contention. First, appellant did not raise it in his initial brief on appeal, and his failure is fatal. See, e.g., United States v. Ardley, 242 F.3d 989 (11th Cir. 2001). Second, and alternatively, the district court did not commit a Booker error at all. The court sentenced appellant to the mandatory minimum sentence required by law – 60 months imprisonment – because the jury found beyond a reasonable doubt that appellant's offense involved more than 100 marijuana plants. See 21 U.S.C. § 841(b)(1)(B).[1]

We have considered this appeal in light of United States v. Booker, and find

---

[1] Appellant did not qualify for the "safety-valve" provision of 18 U.S.C. § 3553(f); U.S.S.G. § 5C1.2. United States v. Laterza, No-03-12499, at 6-7.

2

no basis for disturbing our previous decision. That decision is therefore reinstated[2].

SO ORDERED.

*A True Copy - Attested*
*Clerk U.S. Court of Appeals,*
*Eleventh Circuit*
*By: _____*
*Deputy Clerk*
*Atlanta, Georgia*

---

[2] All outstanding motions are denied as MOOT in light of the court's ruling.

3