**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ANTHONY V. LATERZA,                    )
                                       )
          Plaintiff,                   )
                                       )
v.                                     )          Civil Action No. 06cv1157 (RWR)
                                       )
FEDERAL BUREAU OF PRISONS,             )
                                       )
          Defendant.                   )
_____)

ORDER

UPON CONSIDERATION of the motion to dismiss filed by defendant, and the

entire record in this case, it is this _____ day of _____, 2006,

          ORDERED that the Motion to Dismiss is granted; and it is further

          ORDERED that the Complaint is dismissed.

This is a final, appealable order.


                                   _____
                                   RICHARD W. ROBERTS
                                   UNITED STATES DISTRICT JUDGE


Copies to:

Darrell C. Valdez
Assistant United States Attorney
555 4th Street, N.W., Civil Division
Washington, D.C. 20530

Anthony Laterza
Reg. No. 74695-004
FCC Coleman - Medium
P.O. Box 1032
Coleman, Florida 33521-1032