UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

RECEIVED

DEC 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Anthony V. Laterza
    Plaintiff
V.

Case # : 06-1157- RWR
Case # : 06-1158-RWR

Federal Bureau Of Prisons, et al.,
    Defendant
_____/

NOTIFICATION OF CHANGE OF ADDRESS

COMES NOW, Anthony V. Laterza, and notifies this Honorable Court of his

Change of address to:    Anthony V. Laterza
    Communty Corrections Center
    1577 North Military trail
    West Palm Beach, FL. 33409

Anthony V. Laterza has not received any correspondence from this Court since Dec. 1st 2006 and requests that any correspondence sent after Dec. 1st, 2006 be remailed to his new address.

Respectfully submitted

*[signature]* 12-17-06

CERTIFICATE OF SERVICE

I here by certify a copy of the foregoing has been sent 1st class mail on this date to:

United States Attorney's office
555 Fourth St. N.W.
Washington, D.C. 20001

x *[signature]* 12-17-06
Anthony V Laterza    Date