UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTHONY V. LATERZA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1157 (RWR) |
| ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that defendant's motion to dismiss [Dkt. No. 10], treated as a motion for summary judgment, is GRANTED. Judgment is entered for the defendant. This is a final appealable Order.

　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　RICHARD W. ROBERTS
DATE: April 24, 2007　　　　　　　　United States District Judge